**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| KEITH PAGE, | ) | NO. CV 11-2255 CAS (SS) |
| Plaintiff, | ) | |
| v. | ) | **ORDER ACCEPTING FINDINGS,** |
| WARREN STANLEY, et al., | ) | **CONCLUSIONS AND RECOMMENDATIONS** |
| Defendants. | ) | **OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Second Amended Complaint in the above-captioned matter, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge. The time for filing Objections to the Report and Recommendation has passed and no Objections have been received. Accordingly, the Court accepts and adopts the findings, conclusions and recommendations of the Magistrate Judge.

\\
\\
\\
\\

Accordingly, IT IS ORDERED THAT:

1. Defendants' motion to dismiss Plaintiff's false arrest claim is DENIED.

2. Plaintiff's claims concerning California's implied consent sobriety test and any related departmental policy are DISMISSED WITHOUT LEAVE TO AMEND.

3. Plaintiff's pre-trial detention, conspiracy, and failure to train and supervise claims are DISMISSED WITH LEAVE TO AMEND.

4. Defendants' First Request for Judicial Notice is GRANTED. Defendants' Second Request for Judicial Notice is GRANTED to the extent it seeks notice of the existence and outcome of Plaintiff's underlying criminal trial.

6. If Plaintiff wishes to pursue his false arrest, pre-trial detention, conspiracy, and failure to train and supervise claims, Plaintiff shall file a Third Amended Complaint within **thirty (30) days** of the date of this Order.

The Clerk shall serve copies of this Order by United States mail on Plaintiff and on counsel for Defendants.

DATED: May 1, 2012

CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE