O

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH PAGE,<br><br>        Plaintiff,<br><br>    v.<br><br>WARREN STANLEY, et al.,<br><br>        Defendants. | NO. CV 11-2255 CAS (SS)<br><br>**ORDER ACCEPTING FINDINGS,**<br>**CONCLUSIONS AND RECOMMENDATIONS**<br>**OF UNITED STATES MAGISTRATE JUDGE** |

    Pursuant to 28 U.S.C. § 636, the Court has reviewed the Third Amended Complaint in the above-captioned matter, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge. The time for filing Objections to the Report and Recommendation has passed and no Objections have been received. Accordingly, the Court accepts and adopts the findings, conclusions and recommendations of the Magistrate Judge.

\\
\\
\\
\\

Accordingly, IT IS ORDERED THAT:

1. Defendants' Motion to Dismiss the Third Amended Complaint is DENIED.

2. Defendants' Request for Judicial Notice is GRANTED to the extent that Defendants seek notice of state court dockets, proceedings and findings and DENIED to the extent that Defendants seek notice of controverted witness testimony to challenge Plaintiff's allegations.

3. Plaintiff's Request for "Leave to Amend the Third Amended Complaint" is DENIED as unnecessary because the Court is ordering Defendants to Answer the Third Amended Complaint.

4. Defendants shall file an Answer to the Third Amended Complaint within **fourteen (14) days** of the date of this Order.

The Clerk shall serve copies of this Order by United States mail on Plaintiff and on counsel for Defendants.

DATED: November 9, 2012

_____
CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE