O

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH PAGE,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>WARREN STANLEY, et al.,<br><br>　　　　　Defendants. | NO. CV 11-2255 CAS (SS)<br><br>**ORDER ACCEPTING FINDINGS,**<br>**CONCLUSIONS AND RECOMMENDATIONS**<br>**OF UNITED STATES MAGISTRATE JUDGE** |

　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the Third Amended Complaint in the above-captioned matter, all the records and files herein, the Report and Recommendation of the United States Magistrate Judge and Plaintiff's Objections. The Court notes that in his Objections, Plaintiff states that "he has no objection to the Magistrate Judge [sic] recommendation." (Objections at 3).

　　　After having made a _de novo_ determination of the Report and Recommendation and having reviewed the Objections, the Court concurs with and accepts the findings and conclusions of the Magistrate Judge.
\\

**IT IS ORDERED** that Plaintiff's claims in the Third Amended Complaint against Defendants Stefanoff and Siegl are DISMISSED WITH PREJUDICE.

**IT IS FURTHER ORDERED** that the Clerk shall serve copies of this Order by United States mail on Plaintiff at his current address of record and on counsel for Defendants.

DATED: June 5, 2013

*/s/ Christina A. Snyder*
CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE