1  Beth M. Weinstein (SBN 252334)
   beth.weinstein@kirkland.com
2  James Rapore (SBN 278925)
3  james.rapore@kirkland.com
   KIRKLAND & ELLIS LLP
4  333 South Hope Street
5  Los Angeles, California  90071
   Telephone:  (213) 680-8400
6  Facsimile:    (213) 680-8500

7
   Attorneys for Plaintiff
8  Keith Page

9

10

11            **IN THE UNITED STATES DISTRICT COURT**

12          **FOR THE CENTRAL DISTRICT OF CALIFORNIA**

13

14
   KEITH PAGE,                        ） CASE NO. CV 11-2255 CAS (SS)
15                                     ）
                                       ）
             Plaintiff,               ） **DECLARATION OF BETH**
16                                     ） **WEINSTEIN IN SUPPORT OF**
                                       ） **MOTION TO WITHDRAW AS**
17        v.                           ） **COUNSEL OF RECORD FOR**
                                       ） **PLAINTIFF**
18   WARREN STANLEY, et al.,          ）
                                       ）
19           Defendant.               ）
                                       ） Date:  June 2, 2014
20                                     ） Time:  10:00 a.m.
                                       ） Courtroom:  5
21                                     ）
                                       ） Honorable Christina A. Snyder
22                                     ）
                                       ）
23

24

25

26

27

28

1        I, Beth Weinstein, hereby declare as follows:

2        1.    I am a member in good standing of the State Bar of California and of the

3 United States District Court for the Central District of California.  I am a Partner at

4 Kirkland & Ellis LLP ("Kirkland") and lead counsel of record for Plaintiff Keith Page.

5        2.    I have personal knowledge of the facts stated in this Declaration, and if

6 called as a witness, could and would testify competently thereto.

7        3.    Kirkland agreed to represent Plaintiff on a *pro bono* basis in response to a

8 request received from Public Counsel on behalf of its Proskauer Federal Pro Se Clinic.

9        4.    Since Kirkland started representing Plaintiff, Kirkland attorneys have

10 spent over 250 hours investigating the facts relevant to his case—including through

11 in-person and telephonic discussions with Plaintiff—and researching the law relevant

12 to Plaintiff's claims.

13        5.    Through my investigation of this case, I have discovered facts and

14 formed conclusions that have resulted in an irreconcilable conflict between Plaintiff

15 and me.

16        6.    This conflict has resulted in a breakdown of the attorney-client

17 relationship, because it has become extremely difficult for me to engage in open and

18 effective attorney-client communications with Plaintiff.  Such open and effective

19 communications are necessary to my representation of Plaintiff.  The conflict has

20 made it unreasonably difficult for me to represent Plaintiff.

21        7.    Additionally, I have serious concerns that, given this conflict, further

22 representation of Plaintiff could result in the violation of other rules of professional

23 conduct, including California Rule of Professional Conduct 5-200(A)-(B), California

24 Rule of Professional Conduct 3-700(C)(1)(a), and California Business and Professions

25 Code section 6068(c).

26        8.    On April 7, 2014, I spoke with Plaintiff on the phone and told him that

27 Kirkland would move to withdraw as his counsel.

28

1

1    9.    On April 8, 2014, I mailed a letter to Plaintiff, which informed him that

2  Kirkland would move to withdraw as his counsel.

3    10.    On April 8, 2014, I spoke with Counsel for Defendant Roberto Corral on

4  the phone and told him that Kirkland would move to withdraw as counsel for Plaintiff.

5    11.    On April 8, 2014, I sent an email to Counsel for Defendant, which

6  informed him that Kirkland would move to withdraw as Counsel for Plaintiff.

7    I declare under penalty of perjury that the foregoing is true and correct.

8    Executed this 28th day of April, 2014, at Los Angeles, California.

9

10

11    */s/  Beth. M. Weinstein*
    Beth M. Weinstein
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DECLARATION OF BETH WEINSTEIN IN SUPPORT OF MOTION TO WITHDRAW    CASE NO.  CV 11-2255 CAS (SS)
AS COUNSEL OF RECORD FOR PLAINTIFF