1  Beth M. Weinstein (SBN 252334)
   beth.weinstein@kirkland.com
2  James Rapore (SBN 278925)
3  james.rapore@kirkland.com
   KIRKLAND & ELLIS LLP
4  333 South Hope Street
5  Los Angeles, California 90071
   Telephone: (213) 680-8400
6  Facsimile: (213) 680-8500
7
   Attorneys for Plaintiff
8  Keith Page
9
10
11      **IN THE UNITED STATES DISTRICT COURT**
12      **FOR THE CENTRAL DISTRICT OF CALIFORNIA**
13

| | |
|---|---|
| KEITH PAGE, | CASE NO. CV 11-2255 CAS (SS) |
| Plaintiff, | **DECLARATION OF JAMES RAPORE IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL OF RECORD FOR PLAINTIFF** |
| v. | |
| WARREN STANLEY, et al., | |
| Defendant. | Date: June 2, 2014<br>Time: 10:00 a.m.<br>Courtroom: 5 |
| | Honorable Christina A. Snyder |

I, James Rapore, hereby declare as follows:

1. I am a member in good standing of the State Bar of California and of the United States District Court for the Central District of California. I am an Associate at Kirkland & Ellis LLP ("Kirkland").

2. I have personal knowledge of the facts stated in this Declaration, and if called as a witness, could and would testify competently thereto.

3. I represent Plaintiff Keith Page in this action under the supervision of Beth Weinstein.

4. I have personal knowledge of the facts concerning Kirkland's representation of Keith Page in Paragraphs 3-7 of Ms. Weinstein's Declaration submitted in support of Kirkland's Motion to Withdraw as Counsel of Record for Plaintiff. Based on those facts, I believe that an irreconcilable conflict has formed between Kirkland and Plaintiff and that Kirkland's withdrawal as counsel for Plaintiff is justified.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 28th day of April, 2014, at Los Angeles, California.

　　　　　　　　　　　　　　　　*/s/ James Rapore*
　　　　　　　　　　　　　　　　James Rapore