UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**  JS-6

| Case No. | CV11-2255-CAS(SSx) | Date | February 17, 2015 |
|---|---|---|---|
| Title | *KEITH PAGE v. WARREN STANLEY; ET AL.* | | |

| Present: The Honorable | CHRISTINA A. SNYDER, UNITED STATES DISTRICT JUDGE |
|---|---|
| Catherine M. Jeang | Not Present |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:**  (IN CHAMBERS) - STIPULATION FOR VOLUNTARY DISMISSAL (Filed 02/04/15)

The Court is in receipt of the above-referenced stipulation. No proposed order was submitted. The Court grants the Stipulation for Voluntary Dismissal Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), with prejudice. Plaintiff and defendant Robert Corral shall bear their own attorneys' fees, costs and litigation expenses.

IT IS SO ORDERED.

|  | 00 | : | 00 |
|---|---|---|---|
| Initials of Preparer | | | CMJ |